UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
CHEVRON CORPORATION,

    Plaintiff,

v.

STEVEN DONZIGER, THE LAW OFFICES OF
STEVEN R. DONZIGER, et al.,

    Defendants.
------------------------------------- x

MAR 15 2011

No. 11-CV-0691-LAK

**STIPULATION AND PROPOSED ORDER**

    IT IS HEREBY STIPULATED, that the time of defendants Steven Donziger, The Law Offices of Steven R. Donziger, Stratus Consulting, Inc., Douglas Beltman, Ann Maest, Hugo Gerardo Camacho Naranjo, and Javier Piaguaje Payaguaje (collectively, the "Appearing Defendants") to answer, move against, or otherwise respond to the complaint herein be and hereby is adjourned to March 30, 2011.

    IT IS FURTHER STIPULATED, that if any of the Appearing Defendants moves to dismiss the complaint, then plaintiff shall have up to thirty-five days from date of service of said motion to serve papers in opposition to such motion.

    IT IS FURTHER STIPULATED, that if plaintiff serves papers in opposition more than twenty-one days after service of any such motion, then the moving defendant(s) shall serve reply papers within fourteen days of service of plaintiff's papers in opposition.



SDNY
...MENT
...ALLY FILED

3/16/11

IT IS FURTHER STIPULATED, that if plaintiff serves papers in opposition to any such motion within twenty-one days of service of any such motion, then the moving defendant(s) shall serve reply papers within seven days of service of plaintiff's papers in opposition.

Dated: March 14, 2011

By: *[signature]*
Randy M. Mastro
GIBSON, DUNN & CRUTCHER, LLP
200 Park Avenue
New York, New York 10166-0193
Telephone:    212.351.4000
Facsimile:    212.351.4035
Email:    rmastro@gibsondunn.com

**Attorneys for Plaintiff**
CHEVRON CORPORATION

Dated: March 14, 2011

By: _____
Elliot R. Peters
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111-1704
Telephone:    415.391.5400
Facsimile:    415.397.7188
Email:    epeters@kvn.com

**Attorneys for Defendants**
STEVEN DONZIGER, THE LAW
OFFICES OF STEVEN R. DONZIGER

2

Dated: March 14, 2011

By: /s/ Gordon Mehler
Gordon Mehler
THE LAW OFFICES OF GORDON MEHLER, PLLC
747 Third Avenue, 32nd Floor
New York, New York 10017-2803
Telephone: 212.661.2414
Facsimile: 212.661.8761
Email: gmehler@mehlerlaw.com

**Attorneys for Defendants**
STRATUS CONSULTING, INC.,
DOUGLAS BELTMAN, and ANN MAEST

Dated: March 14, 2011

By: /s/ Carlos A. Zelaya, II
Carlos A. Zelaya, II
F. GERALD MAPLES, P.A.
365 Canal Street, Suite 2650
New Orleans, LA 70130
Telephone: 504.569.8732
Facsimile: 504.525.6932
Email: czelaya@fgmapleslaw.com

**Attorneys for Defendants**
HUGO GERARDO CAMACHO NARANJO, JAVIER PIAGUAJE PAYAGUAJE

IT IS SO ORDERED.
Dated: 3/15/11

By: /s/ Lewis A. Kaplan
HONORABLE LEWIS A. KAPLAN
United States District Judge

3